### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREW PERRONG**, : | |
| : | |
| : | Case No.  21-cv-00377-JMY |
| v. : | |
| : | |
| **GN GIFTS AND HERBAL LLC, ET AL.**, : | |

### ORDER

**AND NOW**, this 5th day of February, 2021, upon consideration of Plaintiff's Motion for Permission to Use CM/ECF Filing (ECF No. 3), it is hereby **ORDERED** that said Motion is **GRANTED**. Plaintiff shall have the above-captioned case added to his ECF account. The Clerk of Court is further **DIRECTED** to add the case to Plaintiff's ECF account and provide Plaintiff access to ECF for the above-captioned case.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ John Milton Younge
_____
**Judge John Milton Younge**