UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREW PERRONG,** : | |
| : | Case No.  21-cv-00377-JMY |
| *Plaintiffs* : | |
| : | |
| v. : | |
| : | |
| **GN GIFTS AND HERBAL LLC, ET AL.,** : | |
| : | |
| *Defendants* : | |

### ORDER FOR TELEPHONIC RULE 16 CONFERENCE

**AND NOW**, this 22nd day of February, 2021, it is hereby **ORDERED** that a Fed. R. Civ. P. 16 conference shall be held on **March 16, 2021, at 2:00 p.m.**  Counsel are to appear telephonically and will be notified via e-mail with instructions on how to participate remotely.

It is **FURTHER ORDERED** as follows:

1. The parties shall make the required initial disclosures pursuant to Fed. R. Civ. P. 26(a) within 14 days of the date of this Order.

2. The parties shall commence discovery immediately and shall have conducted substantial discovery before the Rule 16 conference.

3. After consultation with counsel for all parties, counsel shall complete the required **Joint Report of Rule 26(f) Meeting** and file the same with the Clerk of Court at least 5 days prior to the Rule 16 conference.  Counsel shall incorporate all the information described in Judge Younge's form Report, which can be found at http://www.paed.uscourts.gov/judges-info/district-court-judges/john-milton-younge

**BY THE COURT:**

/s/ John Milton Younge

**Judge John Milton Younge**