IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREW PERRONG,** : | |
| : | Case No. 21-cv-00377-JMY |
| *Plaintiff* : | |
| : | |
| v. : | |
| : | |
| **GN GIFTS AND HERBAL LLC, ET AL.,** : | |
| : | |
| *Defendants* : | |

**ORDER TO SHOW CAUSE**

**AND NOW**, this 1st day of March, 2021, as stated in the Court's prior Order (*see* ECF No. 9), a Fed. R. Civ. P. 16 conference in the above-captioned matter is scheduled for **March 16, 2021, at 2:00 p.m. EST**.  The parties are granted leave to appear via telephone at the conference. In order to participate in the conference you will first dial the below stated phone number, then you will be prompted to enter the conference code followed by the # sign.

Phone Number: 1-571-353-2300

Conference Code: 600790060#

The parties are reminded to complete the required Joint Report of Rule 26(f) Meeting and file the same with the Clerk of Court at least 5 days prior to the Rule 16 conference.  Counsel shall incorporate all the information described in Judge Younge's form Report, which can be found at http://www.paed.uscourts.gov/judges-info/district-court-judges/john-milton-younge.

**IT IS SO ORDERED**.

BY THE COURT:

 /s/ John Milton Younge
**Judge John Milton Younge**