IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW PERRONG**, | : | |
| *Plaintiff* | : | Case No.   21-cv-00377-JMY |
| v. | : | |
| **GN GIFTS AND HERBAL, LLC**, **ET AL.** | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 17th day of May 2021, upon consideration of Plaintiff's Motion to Compel (ECF No. 15), it is hereby **ORDERED** that said Motion is **GRANTED** as unopposed.[1]

**IT IS SO ORDERED.**

BY THE COURT:

/s/ John Milton Younge

**Judge John Milton Younge**

---

[1] Plaintiff filed his Motion to Compel on April 26, 2021. (ECF No. 15.)  If Defendants contested the Motion, they were required to file a brief in opposition within 14 days thereafter—by May 10, 2021.  *See* Local R. Civ. P. 7.1(c).  Defendants have not filed an opposition.  Pursuant to Local Rule 7.1(c), "[i]n the absence of timely response, [a] motion may be granted as uncontested except as provided under [the Federal Rule of Civil Procedure governing summary judgment motions]."  Since Defendants have failed to oppose Plaintiff's Motion to Compel, the Court grants the Motion as unopposed.  *See*, *e.g.*, *United States v. Eleven Vehicles*, 200 F.3d 203, 214 (3d Cir. 2000) ("Local court rules play a significant role in the district courts' efforts to manage themselves and their dockets" and district courts have the authority "to impose a harsh result, such as dismissing a motion or an appeal, when a litigant fails to strictly comply with the terms of a local rule."); *Stackhouse v. Mazurkiewicz*, 951 F.2d 29, 30 (3d Cir. 1991) recognizing that a local civil rule may be properly invoked to treat a motion as unopposed, particularly where a party is represented by counsel).